# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Case No. **1:26CV153**

*(to be filled in by the Clerk's Office)*

**Charles Birtch**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**See Attached**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Charles E Birtch

All other names by which you have been known: N/A

ID Number     0589391

Current Institution     Alexander Correctional Institution

Address     633 Old landfill Rd

Taylorsville     N.C.     28681

    *City*    *State*    *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     Rowan County

Job or Title *(if known)*     N/A

Shield Number     N/A

Employer     N/A

Address     N/A

     N/A

    *City*    *State*    *Zip Code*

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

Name     Rowan County Detention Center

Job or Title *(if known)*     N/A

Shield Number     N/A

Employer     N/A

Address     115 w. Liberty St

Salisbury     N.C.     28144

    *City*    *State*    *Zip Code*

☐ Individual capacity     ☑ Official capacity

Defendant's"
Rowan County
Rowan County Detention Center
Rowan County Sheriff's office
Unknown Correctional officers
Unknown Medical Staff
Unknown Administrators

Defendant No. 3
> Name
> Job or Title *(if known)*
> Shield Number
> Employer
> Address

Rowan County Sheriff's office
N/A
N/A
N/A
115 W. Liberty St
Salisbury                N.C.        28144
*City*                        *State*                *Zip Code*

☐ Individual capacity        ☑ Official capacity

Defendant No. 4
> Name
> Job or Title *(if known)*
> Shield Number
> Employer
> Address

*City*                        *State*                *Zip Code*

☐ Individual capacity        ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Staff failed to keep me safe Knowing inmate violence

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Defendants failed to implement policies and procedures to ensure my safty. Inmates were not properly supervised*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Rowan County Detention Center on September 20, 2022 at approx 6:30 or 7 pm in the day Room*

C.  What date and approximate time did the events giving rise to your claim(s) occur?

Sept 20, 2022 at approx 6:30 to 7 pm

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* a fellow inmate wanted my Phone Pin. when I woold Not give it to him. He and two others Plotted to have me Jomped. I still to this day do Not Know who hit me. Every one who was out on rec Seen what happend to me.

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. When I was Jumped from behind, my eye glasses broke and the frames of glasses lodged in to my right eye. Had Surgery that Night and again two weeks later. There was another Surgury ~~stadscedvalled~~ for december 2022 But Rowan County Canceled that app. It still has Not heppend

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am asking the Courts for Pain and Suffering that I still forgo. Emotional Suffering, Punitive dammages, Court Cost, Jayweer Cost, future Cost of any Sugeries that may arise. I Still Can Not See out of my right eye. This Should have Never happend. my right eye was my good eye. I still wake up with it hurting and wont open at times.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Rowan County Detention Center

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Case 1:26-cv-00153-DAB-LPA    Document 2    Filed 02/11/26    Page 7 of 23

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

N/A

2.  What did you claim in your grievance?

N/A

3.  What was the result, if any?

N/A

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

I was New to the system I Knew Nothing about them. Didn't even Know what it was

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I'm just Now learning about them.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   N/A

Defendant(s)   N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.   N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  *N/A*
    Defendant(s)  *N/A*

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    *N/A*

3.  Docket or index number

    *N/A*

4.  Name of Judge assigned to your case

    *N/A*

5.  Approximate date of filing lawsuit

    *N/A*

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition  *N/A*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *N/A*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *2-6-26*

| | |
|---|---|
| Signature of Plaintiff | *C. E. Birch* |
| Printed Name of Plaintiff | *Charles E. Birtch* |
| Prison Identification # | *0589341* |
| Prison Address | *633 old landfill Rd* |
| | *Taylorsville*    *N.C.*    *28681* |
| | City      State      Zip Code |

### B. For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | City      State      Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

Hey Charles, once you receive this lawsuit document, you will need to follow these **step-by-step instructions** to properly file it in federal court and ensure that the case proceeds correctly. Filing a federal lawsuit requires strict adherence to court procedures, so carefully follow these steps.

# STEP 1: FINAL REVIEW OF THE COMPLAINT

- Carefully **read through the entire complaint** to ensure that all **factual statements are accurate** and that your allegations are **clear, detailed, and complete.**
- Make sure that **all Defendants are properly named** and that **your contact information is correct.**
- Ensure that you **sign and date** the complaint before filing it.

# STEP 2: PREPARE REQUIRED COURT FORMS

Before you can file your lawsuit, the court requires additional **forms.** Below are the necessary documents:

## A. Civil Cover Sheet (Form JS 44)

- **What It Is:** This form provides the court with a summary of the case.
- **Where to Get It:** You can download it from the **Middle District of North Carolina** website or get it from the Clerk's Office.
- **How to Fill It Out:**
    (1) **Plaintiff's Name:** Charles Birtch
    (2) **Defendants' Names:** Rowan County, Rowan County Detention Center, Rowan County Sheriff's Office, Unknown Correctional Officers, Unknown Medical Staff, Unknown Administrators
    (3) **Nature of Suit:** Check box **550 – Civil Rights** (Prisoner Civil Rights)
    (4) **Jurisdiction:** Check box **Federal Question (28 U.S.C. § 1331)**
    (5) **Origin:** Check **Original Proceeding**
    (6) **Signature & Date:** Sign and date the form

## B. Summons in a Civil Action (Form AO 440)

- **What It Is:** This form is required to serve each Defendant with a copy of the lawsuit.
- **Where to Get It:** Available at the Clerk's Office or can be downloaded from the **U.S. Courts website.**
- **How to Fill It Out:**
    o Enter **Plaintiff's name (Charles Birtch)** at the top.
    o Enter each **Defendant's full name and address.**
    o Leave the bottom portion blank (this is for the Clerk to sign).
- **You Need a Separate Summons for Each Defendant.**
    (Ex: One for **Rowan County,** another for **Rowan County Detention Center,** etc.)

## C. Application to Proceed Without Prepaying Fees (Form AO 239) – If Needed

- **What It Is:** If you **cannot afford the $402 filing fee**, you must request a fee waiver.
- **Where to Get It:** Available online or at the Clerk's Office.
- **How to Fill It Out:**
    - Provide **income details** (if unemployed, write "none").
    - List monthly expenses.
    - Sign and date the form.

If your request is **granted**, you will not have to pay the filing fee. If **denied**, you will need to **pay the full $402 fee** before your case can proceed.

# STEP 3: FILE YOUR COMPLAINT IN FEDERAL COURT

## Option 1: File in Person

- **Where to Go:**
  **United States District Court for the Middle District of North Carolina**
  L. Richardson Preyer Federal Courthouse
  324 W. Market Street
  Greensboro, NC 27401
- **What to Bring:**
    - **Original signed complaint**
    - **Completed Civil Cover Sheet**
    - **Completed Summons forms (one for each Defendant)**
    - **Application to Proceed Without Prepaying Fees (if applicable)**
    - **A copy of everything for your records**
- **What Happens Next:**
    - The Clerk will **stamp your documents and assign a case number.**
    - If filing fees were paid, you'll receive **issued summonses for service.**

## Option 2: File by Mail

- Mail the **original signed complaint and all forms** to:

  **Clerk of Court**
  **U.S. District Court, Middle District of North Carolina**
  **L. Richardson Preyer Federal Courthouse**
  **324 W. Market Street**
  **Greensboro, NC 27401**

- If mailing, include **a self-addressed stamped envelope so** the court can send you copies of filed documents.

Case 1:26-cv-00057-DAB-LPA    Document 2    Filed 01/14/26    Page 2 of 11

# STEP 4: SERVE THE DEFENDANTS

Once the lawsuit is filed, you must serve each **Defendant** with a **summons and a copy of the complaint**.

**How to Serve Defendants:**

- **Service by U.S. Marshal (if proceeding in forma pauperis)**
  - If you were **granted a fee waiver**, the **U.S. Marshal's Service will serve Defendants for you** at no cost.
  - After filing, request **Form USM-285** and complete one for each Defendant.
- **Service by Process Server or Certified Mail (if you paid the fee)**
  - You must hire a **private process server** or send documents by **certified mail, return receipt requested**.

Each Defendant **must** receive:

1. A **copy of the filed complaint**
2. The **court-issued summons**

After service, you must **file a proof of service (Form AO 441)** with the court.

# STEP 5: WAIT FOR DEFENDANTS TO RESPOND

- Defendants have **21 days** (or **60 days if served by the U.S. government**) to file a response.
- If they **fail to respond,** you can request a **default judgment.**

# STEP 6: RESPOND TO MOTIONS AND COURT ORDERS

- If Defendants **file a Motion to Dismiss,** you must respond within **14 days.**
- Stay **updated with court notices** by checking **PACER (Public Access to Court Electronic Records).**

# STEP 7: PREPARE FOR DISCOVERY

If your case moves forward, both sides will engage in **discovery,** where you can:

- Request documents, videos, or jail logs.
- Take depositions (sworn testimony).
- File motions for additional evidence.

# STEP 8: SETTLEMENT OR TRIAL

- The judge may suggest **settlement negotiations.**
- If the case does not settle, a **trial date** will be set.

## SUMMARY CHECKLIST

- ☒ **Step 1:** Final Review of the Complaint
- ☒ **Step 2:** Complete Civil Cover Sheet, Summons, and Fee Waiver (if needed)
- ☒ **Step 3:** File Complaint in Federal Court (in person or by mail)
- ☒ **Step 4:** Serve Defendants with the Summons and Complaint
- ☒ **Step 5:** Wait for Defendants' Response (21-60 days)
- ☒ **Step 6:** Respond to Motions and Court Orders
- ☒ **Step 7:** Engage in Discovery (Evidence Gathering)
- ☒ **Step 8:** Settlement or Trial

## FINAL NOTE

- If you need **assistance with forms, service of process, or case procedures,** the **Clerk's Office** can provide guidance.
- **Monitor your case** using **PACER (pacer.uscourts.gov).**
- If any issues arise, **you may need legal representation or a legal aid service.**

By following these steps **carefully and correctly,** your case will be properly filed and proceed in federal court. Let me know if you need **help preparing the court forms** or **understanding any step in more detail.**

**We are not attorneys, and this document does not constitute legal advice.** The information provided here is for **informational and drafting purposes only** and should not be considered as legal guidance or a substitute for professional legal representation.

We **cannot and do not provide legal advice** or represent any individual in legal proceedings. Filing a lawsuit in federal court involves **complex legal procedures,** and we strongly recommend that you **consult a licensed attorney** or seek assistance from a **legal aid organization** to ensure that your rights are fully protected and that your case is properly filed and litigated.

If you have **specific legal questions,** need **advice on legal strategy,** or require **representation in court,** you should contact a **qualified attorney licensed in your jurisdiction.** By using this document, you acknowledge that **no attorney-client relationship has been formed** and that you are proceeding **at your own discretion and responsibility.**

Vreeland Legal Inc.

UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. _____

CHARLES BIRTCH,

Plaintiff,

v.

ROWAN COUNTY DETENTION CENTER, ET AL.,

Defendants.

---

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

---

### INTRODUCTION

1. This civil rights action is brought under 42 U.S.C. § 1983 to redress the violations of Plaintiff Charles Birtch's constitutional rights under the Eighth and Fourteenth Amendments to the United States Constitution.

2. While incarcerated at Rowan County Detention Center in Salisbury, North Carolina, Plaintiff suffered catastrophic and permanent injuries, including the loss of vision in his right eye, due to Defendants' deliberate indifference to his safety, medical needs, and basic human rights.

1

3. Plaintiff seeks compensatory damages, punitive damages, injunctive relief, attorneys' fees, and costs as provided by 42 U.S.C. § 1988.

<u>JURISDICTION AND VENUE</u>

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)-(4), as this action arises under federal law.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), as the acts and omissions giving rise to this lawsuit occurred within the Middle District of North Carolina.

<u>PARTIES</u>

6. Plaintiff: Charles Birtch, a citizen of the United States, was at all relevant times incarcerated at Rowan County Detention Center, located at 115 W. Liberty Street, Salisbury, North Carolina 28144.

7. Defendant Rowan County: A governmental entity responsible for operating the Rowan County Detention Center and ensuring the training, supervision, and oversight of its employees and agents.

8. Defendant Rowan County Detention Center: A detention facility operated by Rowan County. It is sued as the employer of the individual John/Jane Doe Defendants whose actions violated Plaintiff's constitutional rights.

9. Defendants John/Jane Does 1-10: Employees, agents, or contractors of Rowan County and/or Rowan County Detention Center whose identities are unknown at this time but whose conduct caused or contributed to the constitutional violations alleged herein.

2

## FACTUAL BACKGROUND

### A. The Assault on September 20, 2022

10. On or about September 20, 2022, Plaintiff was subjected to a violent and unprovoked assault by another inmate while incarcerated at Rowan County Detention Center.

11. The assault occurred after Plaintiff refused to provide his phone PIN to the assailant, who sought unauthorized access to Plaintiff's phone privileges.

12. During the assault, Plaintiff was ambushed without warning, his eyeglasses were broken and the frames of the glasses lodged in Plaintiff's right eye, causing severe trauma, excruciating pain, and immediate vision loss.

13. Despite the known risk of inmate violence, jail staff failed to take reasonable steps to prevent the assault.

### B. Medical Treatment and Deliberate Indifference

15. Following the attack, Plaintiff was transported for emergency medical care and underwent surgery to repair damage inflicted to his right eye.

16. Despite this surgery, Plaintiff's vision in his right eye remained impaired, and his treating physician deemed additional surgeries critical to prevent further harm.

17. Defendants failed to transport Plaintiff to follow-up surgeries scheduled for September and two weeks later in October, and another surgery that was set to take place in December 2022, but that surgery to this date, has not occurred depriving Plaintiff of essential medical treatment that is still crucial to Plaintiffs eyesight.

3

18. Between November 2022 and the end of Plaintiff's incarceration, Plaintiff submitted multiple requests for medical care to address his worsening pain and vision loss. These requests were ignored or inadequately addressed.

19. As a result of Defendants' deliberate indifference, Plaintiff's injuries were exacerbated, and he suffered permanent vision impairment in his right eye.

## C. Systemic Failures and Negligence

20. Defendants failed to implement policies and procedures necessary to ensure Plaintiff's safety and access to adequate medical care.

21. Defendants knew or should have known of the substantial risk of harm to Plaintiff yet failed to act to prevent foreseeable injuries.

22. Plaintiff continues to suffer significant physical, emotional, and economic harm directly resulting from Defendants' misconduct.

## CLAIMS FOR RELIEF

### COUNT I: Violation of the Eighth Amendment (Failure to Protect)

23. Plaintiff incorporates all preceding paragraphs by reference.

24. Defendants failed to protect Plaintiff from a foreseeable assault, despite their duty to ensure his safety.

25. Defendants acted with deliberate indifference by failing to:

a. Properly supervise inmates;

b. Identify and address risks of harm within the detention center environment.

4

26. This conduct violated Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment.

**COUNT II: Violation of the Eighth Amendment (Deliberate Indifference to Medical Needs)**

27. Plaintiff incorporates all preceding paragraphs by reference.

28. Defendants demonstrated deliberate indifference to Plaintiff's serious medical needs by:

a. Failing to transport Plaintiff to scheduled medical procedures;

b. Ignoring repeated requests for necessary medical care;

c. Failing to implement policies ensuring timely access to treatment.

29. Plaintiff suffered unnecessary pain, permanent injury, and emotional distress as a result of this indifference.

**COUNT III: Negligence (Under North Carolina Law)**

30. Plaintiff incorporates all preceding paragraphs by reference.

31. Defendants owed Plaintiff a duty of care to ensure his safety and provide adequate medical treatment.

32. Defendants breached this duty through their negligent supervision, training, and provision of medical services.

33. Defendants' negligence caused Plaintiff's injuries, including permanent vision loss, pain, and emotional distress.

**COUNT IV: Gross Negligence (Under North Carolina Law)**

34. Plaintiff incorporates all preceding paragraphs by reference.

35. Defendants' conduct amounted to gross negligence, demonstrating a reckless disregard

5

for Plaintiff's safety and medical needs.

36. Plaintiff's injuries were a direct and foreseeable result of this gross negligence.

## DAMAGES

37. As a direct and proximate result of Defendants' actions, Plaintiff has suffered:

a. Permanent Vision Impairment;

b. Severe physical pain and suffering;

c. Emotional distress and mental anguish;

d. Economic damages, including past and future medical expenses.

6

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 7ᵗʰ day of January 2026.

_C E Bitch_

Charles Birtch0589391
Alexander Correctional Institution
633 Old Landfill Rd
Taylorsville NC, 28681
Pro Se Plaintiff

Date: 01/07/2026

7