IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES E. BIRTCH,

Plaintiff,

v.

ROWAN COUNTY et al.,

Defendants.

1:26-CV-153-DAB-LPA

## __ORDER__

This matter is before the Court for review of the Order and Recommendation filed on February 24, 2026. *2/24/26 Order and Recommendation of United States Magistrate Judge*. The Magistrate Judge recommends dismissing Plaintiff's action under 28 U.S.C. § 1915A as frivolous or malicious or for failing to sate a claim upon which relief may be granted. *Id*. The deadline for objections passed on March 13, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation, *2/24/26 Order and Recommendation*, is adopted and this action is dismissed with prejudice. It is further ordered that within 20 days from the date of this Order, Plaintiff make an initial filing fee payment of $21.67. It is further ordered that Plaintiff's trust officer shall be directed to pay the Clerk of Court 20% of all deposits to his account starting with the month of April, and thereafter each time that the amount in the account exceeds $10.00 until the $350.00 filing fee has been paid.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 17th day of March, 2026.


 /s/ David A. Bragdon
United States District Judge